■ High Point Community Association, Inc., et al., Appellants, v Zoning Board of Appeals, City of White Plains, et al., Respondents, and Carl A. Magnotta et al., Intervenors-Respondents.—Appeal by the petitioners from a judgment of the Supreme Court, Westchester County (Nicolai, J.), entered November 17, 1989.

Ordered that the judgment is affirmed, with costs to the intervenors-respondents, for reasons stated by Justice Nicolai at the Supreme Court. Kunzeman, J. P., Kooper, Sullivan and Lawrence, JJ., concur.